811-15

# ELECTRONIC RECORD

COA #   04-14-00279-CR          OFFENSE:   AGGRAVATED SEXUAL ASSAULT

STYLE:   FILIBERTO SIERRA v THE STATE OF TEXAS          COUNTY:   BEXAR

COA DISPOSITION:   AFFIRMED          TRIAL COURT:   175TH

DATE:06/17/2015          Publish: NO   TC CASE #:   2011CR8109

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE:   «Style1» v. «Style2»          CCA #: _____

___APPELLANT'S___ Petition          CCA Disposition:   **811-15**

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: _11/25/2015_          SIGNED: _____     PC: _____

JUDGE: _Per Curia - YEARY NOT PARTICIPATING_          PUBLISH: _____     DNP: _____

----------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____